PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
01-CR-543-01 (SJ)

DOCKET NUMBER *(Rec. Court)*
04-10130

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alfredo M. Aranda<br><br>1002 Essex Street, 2nd Floor<br><br>Lawrence, MA 01841 | Eastern District of New York | Probation |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Sterling Johnson, Jr., U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: June 3, 2003    TO: June 2, 2007 |

**OFFENSE**

Possession with Intent to Distribute Cocaine in excess of 500 grams, in violation of 21 U.S.C. §841(a)(1) and §841(b)(1)(B)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT _____of New York_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8/31/03_
Date

_[signature]_
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____MASSACHUSETTS_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Sept 15, 2003_
Effective Date

_William G. Young_
United States District Judge